E-FILED 12-17-10
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **C&G Farms, Inc.,** | CASE NO. CV 09-7633-GHK (ANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Kenton Shank, et al.,** | |
| Defendants. | |

Based on our December 16, 2010 Order granting Defendants Kenton Shank ("Shank"), Celtic Capitol Corporation ("Celtic"), and Commercewest Bank's ("Commercewest") Motion for Summary Judgment against Plaintiff C&G Farms, Inc. ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims under the Perishable Agricultural Commodities Act ("PACA") and state law claims to the extent premised on PACA are **DISMISSED with prejudice.** Shank's counterclaim is **DISMISSED as moot**. Celtic and Commercewest's cross-claims (asserting state law claims) and any remaining state law claims in the Complaint are **DISMISSED without prejudice** to their reassertion in state court. 28 U.S.C. § 1367(c)(3).

1     Based on our August 18, 2010 Order approving the settlement agreement between Plaintiff and Defendant Sally Coleman ("Coleman"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims against Coleman are **DISMISSED with prejudice**.

    Based on our August 26, 2010 Order dismissing Defendant Richard Bennett ("Bennett") pursuant to a settlement agreement, **IT IS HEREBY ADJUDGED** that Plaintiff's claims against Bennett are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: December 16, 2010

_____
GEORGE H. KING
United States District Judge

2